No. 05–6131. WILLIAMS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–6132. SMITH v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–6138. NOE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–6141. BOWNES v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 04–1153. INDIANA v. WARD. Sup. Ct. Ind. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 04–1434. BURT ET AL. v. RUMSFELD, SECRETARY OF DEFENSE. C. A. 2d Cir. Certiorari before judgment denied.

No. 04–1465. GEORGE LUSSIER ENTERPRISES, INC., DBA LUSSIER SUBARU, ET AL. v. SUBARU OF NEW ENGLAND, INC., ET AL. C. A. 1st Cir. Motion of National Automobile Dealers Association for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 04–1485. WHITE-RODGERS v. BITLER ET AL. C. A. 10th Cir. Motion of American Tort Reform Association et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 04–1486. OFFICE OF SENATOR BEN NIGHTHORSE CAMPBELL v. BASTIEN. C. A. 10th Cir. Motion of petitioner to defer consideration of petition for writ of certiorari denied. Certiorari denied.

No. 04–1534. BOLANDER v. BP OIL CO. ET AL. C. A. 6th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.*

---

*See also note, *supra*, p. 801.